FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

<table>
<tr><td></td><td>FILED</td></tr>
<tr><td></td><td>US DISTRICT COURT<br>WESTERN DISTRICT<br>OF ARKANSAS</td></tr>
<tr><td></td><td>Jun 25, 2019</td></tr>
<tr><td></td><td>OFFICE OF THE CLERK</td></tr>
</table>

Jason Willard Bramlett
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. 133066
(Do Not Put Your Social Security Number)

V.                                                    CASE NO. 19-6070

Wellpath, LLC
Dr. Thomas Daniel
Dr. Jeffrey Stieve
(Enter above the **full** name of the Defendant,
or Defendants, in this action.)

I.      **Previous Lawsuits**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____     No __✓__

    B.   If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

        Plaintiffs: _____

        Defendants: _____

        _____

        2.   Court (if federal court, name the district; if state, name the county):

        _____

        3.   Docket number: _____

        4.   Name of judge to whom case was assigned: _____

        5.   Disposition (for example: Was the case dismissed? Was it appealed?

        Is it still pending?) _____

        6.   Approximate date of filing lawsuit: _____

        7.   Approximate date of disposition: _____

(Revised12/2016)

-1-

II.    **Place of Present Confinement:** Ouachita River Correctional Unit\
    Special Needs Unit\SNC

III.    There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A.    Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓        No _____

    B.    If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C.    If your answer is NO, explain why not: _____

        _____

        _____

IV.    **Parties**

    (In item A below, place your name in the first blank and place your present address in the second blank.)

    A.    **Your Full Name:** Jason Willard Bramlett

        **Address:** P.O. Box 1630

        Malvern, AR 72104

    (In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

    **Do Not List Witnesses.**

    You may not name the jail as a Defendant. The jail is a building and cannot be sued.

    B.  Read carefully and fill out all information sought.

        <u>1. Defendant #1.</u>

        **Full Name:** Wellpath LLC    (Formerly Correct Care Solutions, LLC)

        **Position:** Medical Services provider to inmates for

        **Place of Employment:** the Arkansas Department of Correction

        **Address:** 1283 Murfreesboro Road, Suite 500

        Nashville, TN 37217

2.  Defendant #2.

Full Name: _Thomas Daniel_

Position: _physician_

Place of Employment: _Day Clinic, SNU-ORCU For Wellpath, LLC_

Address: _100 Malco Ln_

_Malvern, AR 72104_

3.  Defendant #3.

Full Name: _Jeffrey Stieve_

Position: _Regional Director For Wellpath, LLC_

Place of Employment: _____

Address: _____

_____

4.  Defendant #4.

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

_____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____  in jail and still awaiting trial on pending criminal charges
___✓___  serving a sentence as a result of a judgment of conviction
_____  in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _____

_____

Please provide the date of your conviction or probation or parole revocation:

_aprox 2004-2005   ?_

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1:</u>

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of Medical Care in violation of the 8th and 14th Amendments of the United States Constitution under USC 42 § 1983

Date of the Occurrence: Continuous, March 2017 to Present; and numerous occurrences

Name of Each Defendant involved: Wellpath, LLC; Dr Thomas Daniel; Dr Jeffrey Stieve

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

Each of the Plaintiffs, individually and in conjunction, by independent decision and by custom and practice, on occasions to numerous to list seperately, and at times for continuous periods, from March of 2017 until the present without cessation, acted willfully and with deliberate indifference to deny the Plaintiff needed and prescribed medical care, medications, treatments, disability assist devices and hygienic necessities.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___✓___ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

The customs, policies, procedures and practices of Wellpath, LLC, as implemented by Drs Daniel and Stieve and other Wellpath employees unnamed in this action contributes to, encouraged, allowed or overtly caused the denial of aforementioned medical care.

**Claim Number # 2:**

Type of Claim (for example, excessive force, denial of medical care, etc.):

Retaliation in violation of the 1st Amendment to the United States Constitution

Date of the Occurrence: March 2017 to present, continuous, numerous events

Name of Each Defendant involved: Wellpath, LLC; Dr Thomas Daniel; Dr Jeffrey Stieve

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

Defendants Daniel and Stieve intentionally and knowingly denied Plaintiff necessary medical care, treatment, medications, assist devices and hygienic needs that in practice is condoned by and encouraged by Wellpath LLC.

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

-5-

<u>If you are asserting an official capacity claim,</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

The corporate customs and practices of Wellpath, LLC, allows, turning a knowing blind eye to such retaliation and actively attempts to undermine the redress option available to inmates.

<u>Claim Number # 3:</u>

Type of Claim (for example, excessive force, denial of medical care, etc.):

Supplemental under the color of Arkansas State law

Date of the Occurrence: March 2017 to present, continuous' numerous events

Name of Each Defendant involved: Wellpath, LLC; Dr Thomas Daniel; Dr Jeffrey Stieve

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.

All actions and inactions noted in Claim #1 and Claim #2 above also, under Arkansas Code for Negligence and Malpractice, in every occurrance and respect substantiate the pendant claim.

With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___✓___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII.    Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

    ✓           Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

    ✓           Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

The Plaintiff further seeks Declatory Relief that his rights were violated as claimed; Injuctive Relief to prevent its continuance and repetition; Plaintiff's costs in this action; and any additional Relief the Court deems just and equitable to award.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _8ᵗʰ_ day of ____June____ 20 _19_.

____Jason Bramlett____
**Printed Name of Plaintiff**

____[signature]____
**Signature of Plaintiff**

Addendum to Complaint
of Jason Willard Bramlett Against Wellpath, LLC., Dr
Thomas Daniel and Jeffrey Stieve

Jason Willard Bramlett,
                    Plaintiff

          v                              Case no.

Wellpath, LLC., et al,
                  Defendants


COMES NOW the Plaintiff, Jason Willard Bramlett with additional material, both procedural and informational, in supplement to his Complaint against Wellpath, LLC, Dr Thomas Daniel, and Dr Jeffrey Stieve.


I  Background

     The Plaintiff, Jason Bramlett, suffers from the progressive form of Multiple Sclerosis (MS) which is defined as "a demyelinating disease marked by patches of hardened tissue in the brain or spinal cord and associated with partial or complete paralysis and jerking muscle tremor" in addition to other spinal column issues: Lumbar 3-4 mixed osteophytes with complex disc protrusions; L4-5 endplate spurs with posterior tear of intervertebral disc, protrusions and chondromalacia of facet joints; Thoracic 6-7 and 7-8 posterior disc bulge with degenerative disc disease; Cervical 3-4 osteophytes with neural foraminal narrowing; C4-5 osteophytes with degenerative disc disease  Doctors Khaleel and Atiq during the time herein in question were engaged by Wellpath to provide treatment to the Plaintiff for MS and the other spinal column issues. Plaintiff was also supported by the Spinal Cord Commission of Arkansas. Both doctors and the SCC continue to work with the Plaintiff. However, the treatment plans of Drs Khaleel and Atiq have been suspended or otherwise disregarded for periods up to months in duration despite the protestations of the Plaintiff, this

resulting in regression and relapse with significant increases in the debilitating symptoms experienced and in pain, at the hands of Wellpath, Daniel and Stieve. Moreover, they have repeatedly failed to provide needed and prescribe medications, medical authorization for hygienic supplies and needs in disturbing malicious indifference to Plaintiff's suffering based on financial and retaliatory motives. And in a further appalling act of escalating vindictive retaliation which truly shocks the conscience, Daniel ordered the Plaintiff's wheelchair — which is supplied by the Spinal Cord Commission, a state agency — confiscated which resulted in falls, missed meals and missed medications. On top of all else, the retaliatory denial of hygienic needs also resulted in urinary tract infections.

Of these issues in these multiple claims there are far too many individual events (which could reach into the hundreds) to list seperately, and thus the Plaintiff chooses not to try the Court's patience doing so.

## II Affirmative Exhaustion

In an effort to ease the Court's workload and speed the litigation of this action, as the Plaintiff continues to suffer the injuries inflicted by the actions of Wellpath, Daniel and Stieve, the Plaintiff offers affirmative evidence that, in compliance with the PLRA, he has exhausted his administrative remedies as is required by the ADC grievance process in regard to these claims and in multiple cases for each Defendant.

1. Attached to this Complaint as Exhibit 1 are nineteen grievances spanning (by date of final decision) from June 19th 2017 until the present.

2. All 19 of these grievances completed the administrative process receiving an answer from Rory Griffin, Deputy Director for Health and Correctional Programs for ADC.

3. Wellpath (also identified as "medical" in some

2

grievances) has exhausted grievances concerning medications (OR-19 -00357), treatments (OR-17-01851, OR-17-01856; OR-18-00160; OR-19-00356), hygiene (OR-17-00467, OR-18-00572, OR-18-00584), and retaliation (OR-19-00358).

4. Daniel has exhausted grievances concerning medications (OR -17-01460; OR-18-00172; OR-18-01469; OR-19-00357), treatments (OR-19-00356), hygiene and supplies (OR-17-00684; OR-17-00712), and retaliation (OR-19-00291; OR-19-00292; OR-19-00358).

5. Stieve has exhausted grievances concerning medications (OR -17-01459; OR-17-01460; OR-19-00357), treatment (OR-19-00356) and retaliation (OR-19-00358).

6. Of the above (#3, 4 & 5) there is overlap as more than one Defendant is listed in some grievances. Also, not listed, some of these grievances, as a secondary issue, also apply to other Claims: e.g. all retaliation grievances are de facto denial of care grievances also as the only means the Defendants have is denial of care.

7. All of these grievances attached also apply to Claim 3, the supplemental negligence and malpractice Claim as pendant under Arkansas state law.


## III    A D A


Under the Americans with Disabilities Act many of these actions would be actionable; however the Plaintiff chooses not to name ADC, which would be the proper Defendant, only due to the greatly increased complexity added by such a claim. Nonetheless, in that the named Defendants have, through their actions, denied Plaintiff accommodation and access, they in this respect also deny him constitutionally protected medical care. and other rights. The Plaintiff thus notifies the Court he does not with this filing relinquish the right, if he so chooses, to pursue such action at a later date.

3

## IV   Jury Demand

As the form preferred by the Court does not make provision for the Plaintiff, as a pro se prisoner litigant, to note or "check a box" to indicate his preference for a jury trial as guaranteed by the Seventh Amendment to the Constitution, ~~and~~ under § 38(b)(1) Fed. R. Civ. Proc. notification requirement does so here; and thus demands a jury trial on all issues triable by jury.

WHEREFORE the Plaintiff respectfully prays the Court enter judgment granting all relief sought within this Complaint and Addendum.

### Endnotes

1. Wellpath, LLC was for the bulk of the time covered by this action also known as Correct Care Solutions, LLC. For simplicity the name "Wellpath" will be used throughout.

2. Merriam-Webster's Collegiate Dictionary, 11th Ed. (2012)

I hereby verify the foregoing Complaint and Addendum are in all matters accurate to the best of my knowledge, and certify under penalty of perjury the ~~said~~ foregoing is true and correct. ~~to the~~ Respectfully submitted and signed on this 8th day of June, 2019.

Jason Bramlett
#133066 SNU, ORCU, ADC
P.O. Box 1630
Malvern, AR 72104

4

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-17-00467

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On March 29, 2017, you grieved that you were denied your shower on this date. You state as soon as you sat down in the shower, the officer came in and told you to get out. You state you asked the officer if you were going to be called back for your shower, and Nurse Fletcher said "no" and that your shower was over. You state Mrs. Beasley says medical has nothing to do with showers; however, you state every time you have a problem with showering, it comes from the medical staff. You state it takes you longer to shower due to your MS. You state you only get to shower three times a week and they should not be able to take one of the days away.

The medical department responded, "You should be allowed to take a shower based on your script. The only assistance you require from medical staff is linens to shower. Emergencies in the hospital do take precedence over showers, but since you do not require medical personal's assistance, you should still be able to shower. This grievance is with merit, but resolved, based on medical staff education."

Your appeal states this has been happening for over two years. You state medical always says the problem is fixed, but it is not. You state you have even been refused at times when there were no medical emergencies.

The medical department found your grievance with merit and they are working to prevent this from occurring again; therefore, this appeal is without merit.

_____          _____
Director                                              Date          6/19/17

IGTT430                    Page 1 of 1

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-17-00467

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(619) On 03/29/2017, you submitted a grievance stating that on 03/29/2017 you went for your shower and had just sat down when the CO told you to get out. You state that you were told you would not be called back to shower, because Nurse Fletcher said that was your shower. You state you need extra time to get a shower due to your medical condition.

You should be allowed to take a shower based on your script. The only assistance you require from medical staff is linens to shower. Emergencies in the hospital do take precedence over showers, but since you do not require medical personal's assistance, you should still be able to shower.

This grievance is with merit, but resolved, based on medical staff education.

Received

MAY 0 9 2017

Signature of Health Services
Administrator/Mental Health Supervisor or          Deputy Director
Designee                                           Health & Correctional Programs          Title          Date

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

*This has been happing for about 2 years I have been refused by Nurse Fletcher and others I only get 3 showers per week, and I am on a bowl program and I need my showers. Medical HSA and Don / ADon keep saying the problem is fixed but it isn't, I have also been refused at times when there was no medical emergencies*

Inmate Signature          133066          5-2-17
                          ADC#              Date

GTT420                    Page 1 of 1

UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** ORCU

**Name** Jason Bramlett

**ADC#** 133066    **Brks #** Echo    **Job Assignment** None

MAR 0 3 2017

**RECEIVED**

FOR OFFICE USE ONLY

GRV. # OR-17-0046?

Date Received: 4-3-17

GRV. Code #: 600

3-29-17 (Date) STEP ONE: Informal Resolution

4-2-17 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I understand if there is a Emergency But there is another place to show they has no reason to get involved he is an #1 in

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* yes *If yes, circle one:* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): On 3-29-17 I went for my Shower. I got in and undressed turned the water on and Sat down. Nurse Fletcher Sent the C.O. in and told me to get out. I got out as told. I asked the C.O. if he was going to call it back So that we could Shower. Nurse Fletcher Said no, that was our Shower. Medical MS. Beasley Says that they have nothing to do with my Shower it is A.D.C. Everytime I have a problem it comes from Some power trippin nurse. It takes me longer due to my MS. to get in and out of the Shower, I wasn't given a Shower because they rushed me out of there. There are other Barracks I can Shower in without trouble. Why am I Steadily being denied being able to take a Shower like everyone else. I only get 3 Showers a week and now you are taking them to. please figure out who is running this and fix the problem.

_____ 3-29-17
Inmate Signature          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 3-30-17 (date), and determined to be **Step One** and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

Sgt P. Davis          62928          Sgt P. Davis          3-30-17
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature          Date Received
Describe action taken to resolve complaint, including dates: Show me log Bringing this to my attorney. Showing ER placedance and showers to per staff. there were several ER walkens in 3-29-17.

_____ 8/31/17          Jon Dubb 3-31-17
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ MAY 0 9 2017 Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: Health & Correctional Programs Director Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion on Step One & Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-17-01459

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On August 24, 2017, you submitted an Informal Resolution against Dr. Stieve, stating that Dr. Stieve cannot treat someone he never spoke to. You state you have disc protrusions, DDD, other ortho issues with your back and MS. You state Dr. Stieve has agreed with neurologists for pain treatment.

The medical department responded, "Dr. Stieve is not responsible for your care primary care, however, review of your record indicates you have been ordered pain medication and various testing by the site provider who is responsible for your care. Because your medical records clearly indicate your pain is being addressed, your grievance is found without merit."

Your appeal states the offsite doctor has never seen you in person; therefore, he has no business altering your medications. You state your pain may be addressed; however, you are still in pain, which means your pain is not being properly addressed.

Although you did not provide sufficient information in order for your allegations to be properly addressed, I will say that as Regional Medical Director, Dr. Stieve is authorized to discontinue medications and recommend an alternative treatment plan that he deems appropriate and clinically indicated based on his medical judgment; however, the provider at your site can override that decision if he/she does not agree with the alternative treatment plan.

I encourage you to utilize the sick call process if you feel your current treatment plan is ineffective.

This appeal is without merit.

Director                    Date    12/6/17

IGTT430                    Page 1 of 1

$SN-D1027$

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-17-01459

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(641) On August 24, 2017, you grieved Dr. Stieve is not addressing your pain related to MS, as well as, other chronic health conditions.'

Dr. Stieve is not responsible for your care primary care, however, review of your record indicates you have been ordered pain medication and various testing by the site provider who is responsible for your care. Because your medical records clearly indicate your pain is being addressed, your grievance is found without merit.

*This Mail was handed to Inmate Jason on the 10/24/17 CO1 Ebot*

Received
NOV 01 2017
Deputy Director
Health & Correctional Programs

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

HSA
Title

10/12/17
Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

*AS STATED above; My pain may be Addressed However my Pain still remain & there for is Not being Addressed Properly, The offsite Dr hAS NEver SEEN me in person And it hAS ø buss-ness Altering ANy pain meds OR Any med at All for thAt mAtter*

Inmate Signature          133066          10-24-17
ADC#          Date

https://eomiscluster.state.ar.us:7002/eomis/interface/interface_2_0_clearPage.jsp?skipBo...   10/12/2017

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

RECEIVED

AUG 2 8 2017

Ouachita River Unit
Grievance Office

FOR OFFICE USE ONLY
GRV. # OR-17-01459
Date Received: 8-28-17
GRV. Code #: 600

Unit/Center _Malvern_
Name _Jason Bramlett_
ADC# _133066_  Brks # _5N-0_  Job Assignment _____

_8-24-17_ (Date) STEP ONE: Informal Resolution

_8-26-17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I am in pain. DR. Steve
has never seen or spoke to me at all.
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: I am in pain DR. steve does not

_Is this Grievance concerning Medical or Mental Health Services?_ Yes _If yes, circle one:_ (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): This is on DR. Steve at pine Bluff the CCS
main DR or so I am told Her at ORCU. I Have - L3-4 Mixed osteophyte - disc
complex protrusions in the Foramina. L4-5 has a subtle annular Tear at the posterior
of the interverTebral disc with endplate spurs and arthropathy of the Facet Joints.
L5-S1 subtle posterior central disc protrusion - chondromalacia of the Facet
Joints. C4-C5 There is a disc Bulge with uncoverTebral osteophytes.
Posterior broad based Bulging disc at T6-7 and T7-8. At C3-C4
There is a small to Moderate right uncoverTebral osteophyte with
moderate right neural foraminal narrowing also Degenerative
disc Descan at T6-7 T7-8. I also Have M.S on Top of all
This. I have needed Treatment all This Time and There has been
neuro Surgens as well as Peralogest That you (Dr Steve) has been agreeing
with as For a pain Treatment. You can't Treat some one you never spoke
To. you dont no if you see the Facts for all That so this is a
Form of Deliberat indeffarenc and cruel and unusule punnishment

_Jason Bramlett_                      Received   8-24-17
Inmate Signature                      Date
_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _8-24-17_ (date), and determined to be Step One and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _8/25/17_
_William L. Hales_  _55987_  _A-VELL_  _8-24-17_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received
Describe action taken to resolve complaint, including dates: Dr Daniel is currently
reviewing your case, including your current pain
medication. It is up to the providers discretion on
to what is ordered. Dr Daniel will provide follow up on 8/26
_Deon 8/25/17_          _Jason Bramlett 8-25-17_
Staff Signature & Date Returned    Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-17-01460

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On August 23, 2017, you grieved that Dr. Stieve and Dr. Daniel took you off all of your pain medication. You state you have MRI reports to show all of the damage for which you have been being treated for. You state you have multiple issues with your back that have not been repaired and there is no fixing the MS. You state this is cruel and unusual punishment.

The medical department responded, "Review of your record indicates you are prescribed pain medication, therefore, your grievance is found without merit."

Your appeal states that just because you are prescribed pain medication, that does not mean the correct medication or dose is prescribed. You state you are still in pain.

You were seen by Dr. Daniel on August 22, 2017 who noted to stop Gabapentin per your request and he increased your Tramadol from twice daily to three times daily. Dr. Stieve, Regional Medical Director, discontinued the Tramadol and recommended that Dr. Daniel order Duloxetine instead. On August 28, 2017, Dr. Daniel ordered the Duloxetine and also ordered Baclofen.

Due to the delay in an alternative pain medication being ordered, this appeal is with merit but resolved. I encourage you to utilize the sick call process if you feel your current treatment plan is ineffective.

_____          _____
Director                                          Date          12/6/17

SN-0/024

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason        ADC #: 133066A        GRIEVANCE #: OR-17-01460

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(600) On 08/23/2017, you grieved your pain is not being addressed.

Review of your record indicates you are prescribed pain medication, therefore, your grievance is found without merit.

*This Mail was handed to Inmate Jason on the 10/24/17*
*Col Ebbot*

Received

NOV 0 1 2017

Deputy Director
Health & Correctional Programs

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | HSA | |
|---|---|---|
| | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

As noted in the body of your very brief Respone it is true I am RXeD pain meds But AGAIN I Am still in pain & over & over CCS prov.ders Alt & Change my Meds The simple RXing pAIN Meds DOES NOT MEAN the dosage is proper NOT Does it MEAN THAT the proper Med is Being RXEd

| | 13066 | 10-24-17 |
|---|---|---|
| Inmate Signature | ADC# | Date |

RECEIVED

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

AUG 2 8 2017

| FOR OFFICE USE ONLY |
|---|
| GRV. _OR-17-01460_ |
| Date Received: _8-28-17_ |
| GRV. Code #: _600_ |

Unit/Center _Mallvern_

Name _Jason Bramlet_

Ouachita River Unit
Grievance Office

ADC# _130066_  Brks # _SN-D_ Job Assignment _none_

_____ (Date) STEP ONE: Informal Resolution

_8-26-17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I am in pain, I have a few issues that cause me to hurt real bad at times that has not been fixed_

_8-23-17_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _I have MS, and a real bad back and I hurt. These meds are for MS, and back treatment_

*Is this Grievance concerning Medical or Mental Health Services?* _yes_ *If yes, circle one:* (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): _I am in pain, I have a lot of things wrong with my back I-rain Top To Bottom. I also have MS. Dr. Daniels and Dr. Steve took me off all of my pain meds. I have MRI reports to show all the damage that I have been being treated for and now I am cut off cold turkey. There has not been easy repair to my back at all. MS there is no fixing that. L3 & L4 has osteophyte disc complex protrusions. L5 has subtle posterior central disc protrusions. Chondromalacia of the facet joints. C4 & C5 there is disbular with small uncovertebral osteophytes. Broad based bulging discs are noted at T6 & T7 & T8. At C3 & C4 there is a small to moderate right uncovertebral osteophyte with moderate right neuroforminal narrowing. L4 & L5 has a subtle annular tear at the posterior intervertebral disc with in plate spurs and arthropathy of the facet joints. There is also degenerative disc disease at T6, T7, & T8. This is deliberate indifference cruel and unusual punishment and unecessary suffering._ NOV 01 2017

_[signature] Jason Bramlet_    _8-23-17_

Inmate Signature                  Date          Deputy Director
                                                Health & Correctional Programs

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _8-24-17_ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _[signature]_    Date _8/28/17_

_WILLIAM L. PARKS_    _55987_    _[signature]_    _8-14-17_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received

Describe action taken to resolve complaint, including dates: _Per your medical record you are currently prescribed Naproxen which is commonly used for chronic back pain._

_[signature]_    _8/25/17_         _Jason Bramlet_  _8-25-17_

Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-17-01851

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On October 30, 2017, you grieved that you have missed outside appointments that are necessary for your medical treatment. You state you have not been seen by the neurologist, and one of your CT tests were not completed due to the paperwork being messed up. You state ACI had to call the unit and get your appointment straightened out because Mrs. Hart messed that appointment up also. You state you need your MS treatment on time every four weeks.

The medical department responded, "A review of your medical jacket reveals that all appointments ordered have been completed. Some times appointments are delayed or rescheduled due to unforeseen circumstances. We apologize for any inconvenience that this may have caused. For this reason I find your **grievance to be with merit/ resolved**"

Your appeal states you still have not seen the neurologist. You state Mrs. Hart is making you suffer by delaying your treatment and keeping you from seeing your MS doctor, whom you state you were supposed to see on or around October 16, 2017.

Dr. Daniel submitted a consult on September 27, 2017 for you to have a CT of your Lumbar, Thoracic, and Cervical spine. According to your electronic Medical Record, all three CTs were completed October 27, 2017. According to your electronic Medical Record, you were seen at Arkansas Cancer Institute on October 16, 2017 for your infusion.

You were seen by Dr. Atiq on August 14, 2017 and he recommended a follow-up in four weeks and for you to be seen by Dr. Khaleel, neurologist, due to increasing symptoms. A neurology consult was submitted August 15, 2017 and it is noted that you had an appointment scheduled for September 11, 2017; however, you were seen by Dr. Atiq on September 11, 2017 for a follow-up. Dr. Atiq's notes state for you to have treatment every four weeks and to be seen by Dr. Atiq in eight weeks. The neurology consult was noted as being completed and it was closed out. According to notes from Arkansas Cancer Institute (ACI), you had an infusion on December 8, 2017. A new neurology consult was submitted January 8, 2018 and you have a pending appointment. You were seen at ACI on January 25, 2018; however, it is noted that you could not receive your infusion because you were not enrolled in the TOUCH program and that you must be seen by Dr. Khaleel.

You were referred to neurology on August 15, 2017 and have yet to be been; therefore, this appeal is with merit.

_____          _____
Director                                                          Date          2/8/18

IGTT430                                        Page 1 of 1

SN9/36

IGTT420                                                                    Attachment IV
3GH

INMATE NAME: <u>Bramlett, Jason</u>        ADC #: <u>133066A</u>        GRIEVANCE #: <u>OR-17-01851</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(655) Your grievance dated 12/8/2017 has been received and reviewed to determine if medically
necessary health care, as determined by your health care providers has been provided to you. You
state that you have missed appointments necessary to the treatment of your medical condition. A
review of your medical jacket reveals that all appointments ordered have been completed. Some
times appointments are delayed or rescheduled due to unforeseen circumstances. We apologize for
any inconvenience that this may have caused. For this reason I find your grievance to be with
merit/ resolved</u>

Billy Cowell

Received

DEC 9 ? 2017

Dep
Health & Cor    Billy C Cowell                    12/13/2017

Signature of Health Services
Administrator/Mental Health Supervisor or        Title                        Date
Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision
to the original grievance. Do not list additional issues which were not part of your original grievance as
they will not be addressed. Your appeal statement is limited to what you write in the space provided
below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I still have not seen the Dr. Krell Nero Dr at south ar Nero
at white Hall, I am having Trouble with Mrs Hurt, This Lady will
not rescule The apointment, she needs To bee in a derrrent
Posien Because she will not Do The Job or she Just ant
smart enough To Do it. This Lady has been Making me suFFer
By Delaying my Treatment and Keeping me From seeing My (MS)
Dr. I was Dew To see Him in October onor close To The 10-16-17

James Bramlett                        133066            12-19-17
Inmate Signature                        ADC#            Date

→    ( Recived on 12-19-17 Mail Call 6 Days Late )

RECEIVED
NOV 0 3 2017
Ouachita River Unit
Grievance Office

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Malvern_

Name _Jason Scamlitt_

ADC# _133066_   Brks # _500_   Job Assignment _none_

FOR OFFICE USE ONLY
GRV. # _OR 17 01351_
Date Received: _11-3-17_
GRV. Code #: _600_

_10-30-17_ (Date) STEP ONE: Informal Resolution

_11-2-17_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I am missing my_
_Ur. Appoinments and not getting my Test Busy Mailtar can get the appoint_
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to_
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? Yes_ If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I had a gate pass to ACF_
_and to (Dr. Kheel nero Dr) I did not get to see the nero Dr_
_Because the gate pass was Messed up (pusser Been) then the_
_next month I was do for ACF Treatment and Ms Hart_
_never done the paper work and ACF Called and got that_
_Fixed. Then I went out for a CT scan and one of_
_the Test was not done Because the paper work was not done._
_Why is this keeps happing mouth after mouth. I need the Ms._
_treatment on time ever 4 week unless there is a real issue then I can_
_under stand that. I also need to see the nero Dr that Mr hart_
_Messed up one there is no reason for this and this never happend_
_one time when Mrs Holema's did that job. This is a on going problem_
_and I am not seeing the Dr's or getting the treat Received_
_because of this_

DEC 26 2017

_Jason Scamlitt_          _10-30-17_    Deputy Director
Inmate Signature                Date      Health & Correctional Programs

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _10-30-17_ (date), and determined to be **Step One** and/or an Emergency Grievance
_yes_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _Walar ADON_  Date _10/31/17_
_David Lovell_     _45185_   _(signature)_      _10-30-17_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature     Date Received
Describe action taken to resolve complaint, including dates: _Dr Daniel has put in a standing consult for your infusions,_
_to help prevent this from occuring. Walker ADON_

_Walker ADON 11/11_      _(signature)_
Staff Signature & Date Returned   Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason        ADC #: 133066        GRIEVANCE#:OR-17-01956

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On November 14, 2017, you grieved that you were supposed to go for your MS treatment on November 13, 2017; however, the appointment was cancelled.

The medical department responded, "A review of your medical record indicates you had an appointment that was scheduled on 11/13/17 which was cancelled. There is no documentation as to why it was cancelled. You were seen however on 12/11/17. Due to the delay in you getting to your appointment, I find this grievance with merit, but resolved as you have been seen."

Your appeal states this issue is not resolved. You state you missed a treatment that you are supposed to receive every 28 days, but it has been messed up the last few months. You state you have another treatment coming up in about two weeks that will be messed up also. You state this shows neglect.

You were seen on December 8, 2017 for your treatment, not December 11, 2017 as stated in the medical department's response. Your infusions have been discontinued for the time being until you are seen by neurology, which you do have an appointment for.

The medical department found your grievance with merit and you were seen for your treatment; therefore, this appeal is without merit.

_____
Director

Date    2/9/18

IGTT430                    Page 1 of 1

$SN-D/036$

IGTT420
3GH

Attachment IV

INMATE NAME: <u>Bramlett, Jason</u>        ADC #: <u>133066A</u>        GRIEVANCE #: <u>OR-17-01956</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your grievance dated 11/14/17 has been received and reviewed. You grieved you had a gate
pass that was cancelled on 11/13/17 and that it is medical's fault and not transportation.</u>

<u>A review of your medical record indicates you had an appointment that was scheduled on 11/13/17
which was cancelled. There is no documentation as to why it was cancelled. You were seen however
on 12/11/17. Due to the delay in you getting to your appointment, I find this grievance with merit,
but resolved as you have been seen.</u>

Received

DEC 2 9 2017

Deputy Director
Health & Correctional Programs

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Jason M Kelley          12/22/2017
_____       _____
Title                      Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision
to the original grievance. Do not list additional issues which were not part of your original grievance as
they will not be addressed. Your appeal statement is limited to what you write in the space provided
below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

This is not resolved, I missed a Treatment For M.S I get
This IV. ever 28 days. The Last Few mounths it has been
messed up By Being late or I Dont get To go at all. This
Treatment Keeps me mobile / Alive. This is a on going issue
and I have another Treatment Dew in abOut 2 weeks it will be all
missed up To, This is a show of neglect / Delibutindefrence's

Jason Bramlett          133066          12-24-17
_____       _____      _____
Inmate Signature          ADC#            Date

RECEIVED

NOV 17 2017

Ouachita River Unit
Grievance Office

**FOR OFFICE USE ONLY**
GRV. # OR-17-01756
Date Received: 11-17-17
GRV. Code #: 60C

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center  ORC

Name  Jason Bramlett

ADC# 133066  Brks # 54-10  Job Assignment none

11-14-17 (Date) STEP ONE: Informal Resolution

11-16-17 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: This keeps Happening to
me over and over. This Treatment has to be yes Time to work right !!

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): I had a Gate pass That was
Cancelled on 11-13-17. This is a Treatment That is Done
on a Schedule to work like its ment to. IF I keep missing
then the meds Dont work as they are ment to and I get
real sick again. This needs To be Fixed. Medical Trys
To Blame this on Transport But They only Take us when
Medical Sends us So the Blame is not Transport at
all.

Received

DEC 29 2017

Deputy Director
Health & Correctional Programs

Inmate Signature ___   Date 11-14-17

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 11-14-17 (date), and determined to be Step One and/or an Emergency Grievance
YES (Yes or No). This form was forwarded to medical or mental health? YES (Yes or No). If yes, name
of the person in that department receiving this form: Hauver RN  Date 11/15/17
Sgt T. Ugarlechu  90260  Sgt D Grant  11-14-17
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received
Describe action taken to resolve complaint, including dates: Your appointment was canceled and has been
rescheduled.

Staff Signature & Date Returned Hauver RN   Inmate Signature & Date Received ___ 11-15-17
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____
-----
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00160

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On January 24, 2018, you grieved that you are in need of your MS treatment. You stated you have been having relapses due to not having your infusions at the ACI Clinic.

The medical department responded, "A review of your medical record indicates you have experienced a delay in receiving your injections, but you are currently being treated. Due to the delay in your treatment, I find this grievance with merit, but resolved as you have been seen."

Your appeal states this is an ongoing issue. You state Dr. Daniels told you that you were lucky to be getting anything. You state you have had trouble getting your infusions ever since he started at this unit. You state you did have your infusion March 6, 2018, but that has nothing to do with the months you went without.

A review of your electronic Medical Record indicates there was a delay in you receiving your once a month infusions due to the fact that you were not enrolled in the TOUCH program. However, that has since been corrected, and you received your infusion March 6, 2018 and April 3, 2018.

The medical department found your grievance with merit and you have received your infusion as ordered since their response; therefore, this appeal is without merit.

_____          _____
Director                                          Date          4/17/18

IGTT430                                          Page 1 of 1

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason      ADC #: 133066A      GRIEVANCE #: OR-18-00160

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 1/24/18 has been received and reviewed. You grieved you have experienced a delay in receiving your injection for your MS.

A review of your medical record indicates you have experienced a delay in receiving your injections, but you are currently being treated. Due to the delay in your treatment, I find this grievance with merit, but resolved as you have been seen.

Received

MAR 2 7 2018

Deputy Director
Health & Correctional Programs

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| Jason M Kelley | 03/05/2018 |
|---|---|
| Title | Date |

---

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

This is a ongoing Thing Dr Danials Tells me I am working To get eony Thing, I have had Trouble getting The infusion ever sevec He sturted Working At The unit I Did get a infusion on Tusduy 3-6-18 But That Has nothing To do with all The months Ive Been with out could or receiued us They say

| | 133066 | 3-7-18 |
|---|---|---|
| Inmate Signature | ADC# | Date |

C   4   3N·D/036

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

JAN 3 1 2018

Unit/Center ___Malvern___

OUACHITA RIVER UNIT
GRIEVANCE OFFICE

Name ___Jason Bramlett___

Brks # ___SN-D___   Job Assignment ___None___

ADC# ___133066___

FOR OFFICE USE ONLY
GRV. # __OR-18-00160__
Date Received: __1-31-18__
GRV. Code #: ___LPCO___

___1-24-18___ (Date) STEP ONE: Informal Resolution

___1-30-19___ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _My Appointment at ACE Have_
_been skipped more then 30 days that is not over the new and McKennady is not at Fac,_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _Yes_ *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I am in need of my M.S_
_Treatment. I am Having bad relaps Because I have_
_not Been getting My infusion at the ACT Clinic._
_I have been Trying To be patient Trying To give_
_everyone a chance a To get This worked out But it_
_Dont seem To Be working. My Family Has been Talking_
_to some lady at Pine Bluff about This and she_
_also said I would be getting my shot at The_
_1st part of The week But she would not and Did_
_not say the Date. This is Causing me to have a M.S_
_relaps as well as Make me go Through all Kinds of_
_pain and straite Hell. I am losing All I've gained_
_and it is because of unknown staff Doing a Real_
_poor Job and Not Caring about my Medical need ower_
_B-it at all. This is delibet Indifferent to my Medical need_

_Jason Bramlett_                MAR 27 2018        ___1-24-18___
Inmate Signature                                   Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _1-24-18_ (date), and determined to be Step One and/or an Emergency Grievance
_Yes_ (Yes or No). This form was forwarded to medical or mental Health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: _Pullem Jason_ Date _1/10/18_
_Sgt C. Ray_         _90250_      _C. R._____      _1-24-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received
Describe action taken to resolve complaint, including dates: _you currently have an appointment scheduled._

_____
Staff Signature & Date Returned _1/10/18_          _Jason Bramlett_ _1-26-18_
                                                   Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

SN·DM

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason        ADC #: 133066A        GRIEVANCE #: OR-18-00172

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 1/26/18 has been received and reviewed. You grieved that Dr. Daniel is refusing to help you and that he said you requested to be taken off of gabapentin and that is not true.
A review of your medical record does not indicate a recent request for gabapentin. If you feel you need this medication, please utilize the sick call process. I find this grievance without merit.

MAR 27 2018

Deputy Director
Health & Correctional Programs

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Jason M Kelley | 03/06/2018 |
|---|---|---|
| | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? ALL I said is True This is Doing and Saying Things This He will send me same Thing in writing saying the The Dumbest Things He Has Took me OFF or cut my meds To The point That The M.s. On at Pine Bluff Dr Kheele even said This is straite intorme or Torcher, Dr Daniels Tells me I request To Be Took off my meds why Would I request To stop something That is Heling and I Put in sick calls Trying To get my meds Back and I am Told I can Why I get every Thing

Inmate Signature        ADC#        Date        3-7-8

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00172

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On January 26, 2018, you grieved that Dr. Daniel refuses to help you. You state Dr. Daniel took you off of the medication that worked for your spasms, just to cause you pain and suffering. You state Dr. Daniel is not a neurologist and does not know the correct treatment for MS. You state Dr. Daniel even said in writing that you requested to be taken off of Gabapentin, which you state is not true. You state you are in fear for your life due to the things this doctor has said to you and by the way he treats you.

The medical department responded, " A review of your medical record does not indicate a recent request for gabapentin. If you feel you need this medication, please utilize the sick call process. I find this grievance without merit."

Your appeal states everything you stated is true. You stated this doctor will send you the dumbest things in writing. You state he has discontinued your medications or cut them to the point that the MS doctor in Pine Bluff said that it was inhumane or torcher. You question why you would request to be taken off your medications that are helping. You state you put in sick calls to get them back, but are told you are lucky to get anything.

A review of your electronic Medical Record indicates that prior to submitting your Informal Resolution, you were last seen by Dr. Daniel on November 28, 2017. According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve this issue; therefore, the merits of your appeal will not be addressed at this time. I encourage you to adhere to the grievance policy.

_____          _____
Director                                      Date  4/19/18

IGTT430                              Page 1 of 1

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Malvern_

FEB 0 2 2018

OUACHITA RIVER UNIT
GRIEVANCE OFFICE

Name _J. Bramlett_

ADC# _133066_ Brks # _SN-E_ Job Assignment _none_

FOR OFFICE USE ONLY

GRV. # _OR-18-00172_

Date Received: _2-2-18_

GRV. Code #: _600_

_1-26-18_ (Date) STEP ONE: Informal Resolution

_1-2-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Dr. Daniels is using St.FF said and the voice stress Test will prove it to be_ _S_
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _Deprovats_

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_ _If yes, circle one:_ (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Dr Daniels refuses To Help me. He Told me He gives some Better Health care Then gather and There in no way To prove it. This Dr. Has Took me off The meds That worked For The spazums Just To couse SuFFering as well as pain and Discomfort. The voice stress Test will prove He Told me This and took at what I was on That He Took compound To what I get For spazums now. but ya will what the other 2 says get For The same Thing I Have (M.S.) I am Feared For my Health as well as my Life under The care of This Dr. Because of The way He has Treated me and The Things He said To me. This shows He is saying and Doing Things To make me suffer. This Dr. is not a nero Dr. and is NOT Schooled in the right Treatments of MS. Dr. Daniels Has even said in righting. That I have requested To Be Took off Gabapentin when That is not Tru at all. There is paper work To Back This up on my Behalf. The said paper work is Sick Calls as well as Grievances (I am not afraid of no one but This Dr and every one That He Has control or say over)_

_J. Bramlett_

MAR 27 2018
Deputy Director

_1-26-18_
Date

Inmate Signature

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _1-27-18_ (date), and determined to be Step One and/or an Emergency Grievance
_yes_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _W. McCloy_ Date _1/29/18_

_J. Chambers_ _40206_ Date Received _1-27-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: _J. Bramlett_
_Dr. Daniel prescribes medication as he finds medically necessary._

_1/31/18_   _Jam Bramlett_ _1-31-18_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00572

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On April 25, 2018, you grieved that you need to be able to shower when you are soiled. You stated you had to sit from April 18, 2018 until April 23, 2018 without a shower. You state you use the restroom on yourself and had to go five days smelling like urine. You state you need to shower in a cool shower. You state the hospital shower will not go on cold and is only hot.

The medical department responded, "You have been issued a shower script. I you feel your current script is not adequate, please utilize the sick call process so you can be evaluated by a provider. I find this grievance without merit."

Your appeal states you are still having trouble getting showers. You state three days per week does not solve the problem of soiling myself and not getting to shower when needed. You state you have submitted sick calls, but they are mailed back to you. You state you are told you need to clean up in the sink.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

You were issued a restriction on March 23, 2018 to shower in the hospital on Mondays, Wednesdays, and Fridays. Your two restrictions prior to this restriction were also to shower in the hospital on Mondays, Wednesdays, and Fridays. A review of your electronic Medical Record indicates that prior to your Informal Resolution, you were last seen in sick call regarding the frequency of showers on February 23, 2017.

At the time of your Informal Resolution, you had the shower restriction your provider deemed medically indicated; therefore, this appeal is without merit.

_____          _____
Director          7/24/18
Date

IGTT430          Page 1 of 1

E|0le

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason        ADC #: 133066A       GRIEVANCE #: OR-18-00572

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 4/25/18 has been received and reviewed. You grieved you are not able to properly take a shower.

You have been issued a shower script. I you feel your current script is not adequate, please utilize the sick call process so you can be evaluated by a provider. I find this grievance without merit.

*This was passed out at mail call on 6-7-18 By C.O. Campbell*

---

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee                                    Received

| Jason M Kelley | 05/29/2018 |
|---|---|
| Title | Date |

---

JUN 13 2018

Deputy Director
Health & Correctional Programs

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *I am still having Trouble geting showers i3 Days per week Dont solve The problem of soiling myself and not get showers when nudded. I have put in alot of Sick Calls and There sent Back To me in The mail I have not seen The Dr yet only I am Told I will and That I need To clean up in The Sigh in my BKS. This will cause me To get Jumped on for shave. That is where peple brush Thier Teeth,*

| Inmate Signature | 133066 | 6-7-18 |
|---|---|---|
| Inmate Signature | ADC# | Date |

\

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _McKern_

Name _J. Bramlett_

ADC# _133066_ Brks # _F/0_ Job Assignment _GRIEVANCE OFFICE_

FOR OFFICE USE ONLY
GRV. _OR-18-00573_
Date Received: _5-3-18_
GRV. Code #: _600_

_RECEIVED AT_
_MAY 0 3 2018_
_OUACHITA RIVER UNIT_

_4-25-18_ (Date) STEP ONE: Informal Resolution

_5-2-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _I am still Showering in my cell at this Time_ _Need Shower every day or at least when cell holds at One a Time as this Room_ _on this One place concerning Medical on Mental Health Services_ YES If yes, circle one: (medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I had to Set from Wednesday the_ _4-18-18 Till Monday night 4-23-18 with out a shower I go to_ _The rest room on myself and sat smelling like Piss for 5 days._ _This is Mostly unsafe to my Helth as well as safety in the Bks._ _I need to shower when I am soiled. I have not done any_ _Thing wrong to be forced to go through this treatment. I need_ _To shower in a cool shower. The Hoes shower is only Hot_ _It will not go on Cold only Hot._

_violations of 14 amendment as well 8 amendment_

_Received_
_JUN 13 2018_
_Deputy Director_
_Health & Correctional Programs_

Inmate Signature _Jim Bramlett_   Date _4-25-18_

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _4-25-18_ (date), and determined to be **Step One** and/or an Emergency Grievance _NO_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _RM Mozgen_   Date _4/30/18_

_Sgt Lucas_   _041172_   _R Lucas_   _4-25-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: _Presentation of medical_ _script allows you access to shower in hospital._

_RM Mozgen 5/2/18_   _Jim Bramlett 5-2-18_
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00584

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On May 2, 2018, you grieved that you need a cool shower. You stated the hospital shower water is too hot, which is bad for your medical condition. You state that if there is an issue with you showering in SN-D, then please fix a shower to where you can take a cool shower. You state you also need to be able to shower when you are soiled.

The medical department responded, "It has been confirmed that the shower in the Hospital is not working correctly. Maintenance has been contacted and the matter will be addressed. Please utilize the Inmate Request Form process for issues such as this so they can be addressed in a timely manner. I find this grievance with merit."

Your appeal states the shower only goes on hot, and you cannot take hot showers due to your medical issues. You state you were placed in SN-D so that you could shower in an adjustable shower. You ask to be placed back in SN-D so that you can shower when you are soiled.

The issue regarding the frequency of showers was addressed in my appeal response to grievance #OR-18-00572, refer to that response.

You were advised in the medical department's response that the shower temperature issue was being addressed. My staff has been in contact with Mr. Kelley, HSA, and a plan was devised for you to be allowed to shower in the physical therapy area as their shower is adjustable. On July 2, 2018, you were issued a restriction to shower in PT at the discretion of ADC security.

The medical department found your grievance with merit, and you have been issued a restriction to shower in a shower that is adjustable; therefore, this appeal is without merit.

_____          _____
Director                                        Date          7/24/18

*E|06*

IGTT420                                                                                   Attachment IV
3GH

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-18-00584


### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE


(619) Your grievance dated 5/2/18 has been received and reviewed. You grieved that shower in the Hospital is too hot and you need a cool shower.

It has been confirmed that the shower in the Hospital is not working correctly. Maintenance has been contacted and the matter will be addressed. Please utilize the Inmate Request Form process for issues such as this so they can be addressed in a timely manner. I find this grievance with merit.

*This Was passed out at Mail Call on 6-7-18 By CO.II Campbell*

Signature of Health Services                    **Received**              Jason M Kelley              06/01/2018
Administrator/Mental Health Supervisor or                                 _____              _____
Designee                                                                    Title                      Date
                                              **JUN 13 2018**

                                              Deputy Director
**INMATE'S APPEAL**            Health & Correctional Programs


If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *The shower is only Hot and I cant Be in The Hot water Dew To my medical issue, This is The Reason I was Put in SN-D BKS To Start with so I Could shower in a adJustable shower, Its The only BKS That The water Temps Vill adJust, Please Help me get Back To The Spot so I Can shower when I am soiled and clean myself ever Day, I Need To Be Clean Dew To use of self Cathing and I have a UTI From using The caths and having To Be so Dirty (unclean )*

*Jason Bramlett*                              133066                      6-7-18
_____                        _____              _____
Inmate Signature                                 ADC#                       Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)    MAY 0 7 2018

Unit/Center _Malvern_

Name _Jason Bramlett_

OUACHITA RIVER UNIT.
GRIEVANCE OFFICE

| FOR OFFICE USE ONLY |
|---|
| GRV. # _OR-18-0058_ |
| Date Received: _5-9-18_ |
| GRV. Code #: _600_ |

ADC# _133066_   Brks # _Echo_   Job Assignment _none_

_5-2-18_ (Date) STEP ONE: Informal Resolution

_5-4-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _The shower is To Hot I_
_soil my self Reg and I cant clean up when I need to This is inhumane_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _yes_ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I need a Cool shower on 6-30-18_
_I showered in The Hospital and the water was so Hot I_
_could not even get Back To my BHS I cant take Hot wate_
_or Heat at all. The Hospital water Dont go To Cold it is_
_only Hot. This is Bad For me and My Health condition. This_
_is the reason I have the script. If This is a issue with me showering_
_in SN-D then please fix me a shower some place where I can_
_have a Cool shower. I also need To shower when I am soiled_
_I am on a bowl and Bladder program. This is not Clean at_
_all_

_____

Received

JUN 13 2018

Deputy Director
Health & Correctional Programs

_5-2-18_

_Jason Bramlett_
Inmate Signature                    Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _5-2-18_ (date), and determined to be **Step One** and/or an Emergency Grievance _YES_ (Yes or No). This form was forwarded to medical or mental health? _YES_ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _5/3/18_

_Monique Ross_        _103503_   _SGT M. Ross_     _5-2-18_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature         Date Received

Describe action taken to resolve complaint, including **dates:** _Mr. Bramlett there is_
_a setting on the shower for unknown_

_____

_____   _5/3/18_         _Jason Bramlett_   _5-4-18_
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00684

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On May 22, 2018, you grieved that you need a restriction to shower daily. You stated you were seen by Dr. Daniel and you were soaked in urine and had a rash due to the urine. You state Dr. Daniels told you he would talk to a few people about you showering every day, but it has not happened. You state your M.S. doctor made a note that you needed a daily shower because you use in and out catheters along with not being able to control your bladder. You state this is unclean and will cause an infection.

The medical department responded, "This matter has been addressed with your medical providers at the unit and it has been determined this request is not a medical necessity. If you feel you need further evaluation, please utilize the sick call process at your discretion. I find this grievance without merit."

Your appeal states you soil yourself almost daily and Dr. Daniels tells you to wash your privates in the barracks sink. You state those sinks are used to brush teeth and wash faces and dishes. You state using the sink to clean yourself will cause you to get jumped on. You state you cannot use the shower in the barracks because you have medical restrictions. You state this makes you unclean and you have had a UTI for over a month now.

You were seen by Dr. Daniels on May 14, 2018 and he noted you self cath, you have pull-ups and you have access to a washcloth and water at all times. He noted no rash on genitals with minimal redness in left groin, and for you to continue to shower in the hospital shower three times a week so that you can control the temperature, and that your request for a daily shower restriction was denied as it was not medically necessary.

Dr. Daniels treated you as he deemed medically indicated based upon his medical judgment; therefore, this appeal is without merit.

_____          _____
Director                                                    Date          8/14/18

IGTT430                                    Page 1 of 1

*This was passed on*
*To inmate on 7-2-18 By coll*
*Cpl. Clawford*  Attachment IV

IGTT420
3GH

INMATE NAME: <u>Bramlett, Jason</u>       ADC #: <u>133066A</u>       GRIEVANCE #: <u>OR-18-00684</u>

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your grievance dated 5/30/18 has been received and reviewed. You grieved you need to be able to take daily showers.</u>

<u>This matter has been addressed with your medical providers at the unit and it has been determined this request is not a medical necessity. If you feel you need further evaluation, please utilize the sick call process at your discretion. I find this grievance without merit.</u>

Received

JUL 0 5 2018

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Deputy Director
Health & Correctional Programs  Jason McKelley       06/25/2018

Title       Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *I Still Soil myself all most Daley and Dr Daniels Tells me To wash my privets in the BKs sink That The hole BKs used To brush Teeth wash Face and Dishes, I cant shower in The BKs Dew To Medical restrictions and This makes me very unclean and I have had A (UTI) for over a month Because of this Dr. Daniels Jus looking at my soiled clothing and Did nothing I have a Bad rash and was ever sent as a gate pass Soiled. This is unhuman, and using the sink like This can get me jumped on.*

Jason Bramlett
Inmate Signature       133066
ADC#       7-2-18
Date

RECEIVED

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center _Mulvns_                                      MAY 2 5 2018

Name _Jese Bramlett_                             Ouachita River Unit
                                                 Grievance Office

ADC# _173066_    Brks # _Edge_   Job Assignment _____

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _____ |
| Date Received: _____ |
| GRV. Code #: __600__ |

_5-22-18_ (Date) STEP ONE: Informal Resolution

_5-25-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _No Respone_
_To Step One Proceed To Step Two with This Copy_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ _Ys_ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _I ____ to ____ I seen Dr Daniels_
_and I was so sked in pee as well as a rash Because of The pee_
_soked issues He told my he would Talk to a Few People about me_
_Showering evey Day and its not happened The M.S. Dr. Kheele_
_also put a note in my medical Jacket saying I needed a Daly_
_shower Because I use in Out Caths as well as not having The_
_ability To controale my baladder This is unclean and will_
_Cause infections At ____ I ____ A_
_____

                                                     Received

                                                     JUL 05 2018

                                                     Deputy Director
                                                     Health & Correctional Programs

_____ Bramlett _____                  _5-22-18_
Inmate Signature                              Date
_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_No_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _____     Date _____

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature              Date Received
Describe action taken to resolve complaint, including dates: _____
_____
_____

Staff Signature & Date Returned              Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00712

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On June 2, 2018, you grieved that Dr. Daniels said it is ok to set around and soil yourself and not need a shower. You state this has caused you to get UTIs.

The medical department responded, "A witness statement obtained from Dr. Daniel denies your allegations. I find this grievance without merit."

Your appeal states sitting around soiled has caused you to keep a bad rash, and you have had a UTI for at least one month that turned to E. Coli. You state in order to use in and out catheters, you have to stay very clean in order to prevent these kinds of infections. You state being denied a shower when soiled is not the way to expect a good bill of health.

According to your electronic Medical Record, prior to submitting your Informal Resolution, you were last seen by Dr. Daniel on May 14, 2018. According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve this issue; therefore, the issue and the merits of your appeal will not be addressed at this time. I encourage you to adhere to the grievance policy.

_____
Director

_____
Date                    8/14/18

IGTT430                    Page 1 of 1

*handwritten:* To inmate at Mail call
On 7-2-18 By
C.O. II Cpl. Crawford
Attachment IV

IGTT420
3GH

INMATE NAME: <u>Bramlett, Jason</u>          ADC #: <u>133066A</u>          GRIEVANCE #: <u>OR-18-00712</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your grievance dated 6/7/18 has been received and reviewed. You grieved that Dr. Daniel said and documented it was ok to set around and soil yourself and not need a shower.</u>

<u>A witness statement obtained from Dr. Daniel denies your allegations. I find this grievance without merit.</u>

Received

JUL 05 2018

Deputy Director
Health & Correctional Programs

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Jason M Kelley | 06/26/2018 |
|---|---|---|
| | Title | Date |

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *setting around soiled has Cased ME To Keep a Bad Rash. I have had a UTI- For at least one mounth now That Turned To Ecoli as well, I have copy s of a # of request and sick calls Trying To get help with This issue in order To use in-out Gathe. you have to stay very clean To prevent This kind of infections and by being refused a shower when soiled is not The way to expect a good bill of health or stay in the rules of The Physical Hygehne rules That ADC says we must proform*

*handwritten signature:* Jason Bramlett
Inmate Signature          133066          7-2-18
                         ADC#              Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

RECEIVED

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # ___ |

Unit/Center _Malvern_

Name _Jason Brumlett_

JUN 0 6 2018

Ouachita River Unit
Grievance Office

Date Received: _____

GRV. Code #: _____

ADC# _133066_   Brks# _Echo_   Job Assignment _____

_6-1-18_ (Date) STEP ONE: Informal Resolution

_6-6-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _No Repairs To Step One_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _Yes_ *If yes, circle one:* medical *or* mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _Dr. Daniels says that it is ok_
_To set around and soil your self and not need a_
_shower This is the stupidest thing in the world to put_
_on paper and He did it. I Have a problem with this and_
_The fact this so called Dr. Just flat out has or thinks_
_He can do this kind of thing to me. this has caused_
_me to get a U T I because Dr Daniels wasn't treat_
_ment and setting around soiled with out a shower. This Ms._
_Dr. says this would happen because He put in his notes sent to the unit_
_I would._

_____

_____

_____

_Jason Brumlett_ _____ _6-2-18_
Inmate Signature                      Date
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _6-4-18_ (date), and determined to be **Step One** and/or an Emergency Grievance
_NO_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name
of the person in that department receiving this form: _____  Date _____

_Dean_ _____ _6-4-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

_____              _____
Staff Signature & Date Returned             Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - e Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-00828

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On July 1, 2018, you grieved that you were inappropriately charged a co-pay. You state you were charged two times for the same UTI. You state the medication you were given for the UTI did not work; therefore, you had to go back to sick call. You state you have the same UTI due to medical not allowing you to shower every day or when you soil yourself. You state this causes you to be unclean, which then causes the UTI. You state you should be refunded the $6.00 for these reasons.

The medical department responded, "A review of your medical record and a discussion with Dr. Daniel reveals that your UTIs could be a result of your Chronic Care issue, but the exact cause is not definitive. Due to this fact, you will be refunded the copay charges in question. I find this grievance with merit."

Your appeal states you are still not getting to clean yourself as needed, which you state is the reason you have had all the UTI trouble. You state you would not have this issue if you were allowed to clean yourself as needed and have access to clean clothes as needed.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints. Your issue regarding showers has been addressed in previous grievances, refer to those responses.

You were refunded the $6.00 on August 9, 2018.

The medical department found your grievance with merit and you did receive your refund; therefore, this appeal is without merit.


_____          _____9/20/18_____
Director                                   Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

RECEIVED

Unit/Center __Malvern__

JUL 0 5 2018

Name __Jason Bramlett__

Ouachita River Unit
Grievance Office

ADC# __133066__  Brks # __Echo__  Job Assignment __Porter__

**FOR OFFICE USE ONLY**
GRV. # __OR-18-0088__
Date Received: __7/05/18__
GRV. Code #: __680__

__7-2-18__ (Date) STEP ONE: Informal Resolution

__7-3-18__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I was charged 2 times for the same UTI, it has now went away twice given the wrong meds the 1st time so had tags bad_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature. If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __Yes__ _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I was charged B two times for the same UTI. The 2nd time task # 12924444 was because I was given the wrong meds to cure it and it never went away and turned in to E coli. I have the same UTI now. To this day because Medical will not let me shower one day or even when I soil my self. This makes me unclean with causes me to get the p UTI in the 1st place. I should be reFunded the $6.00 for this reason_

Received

AUG 1 0 2018

Deputy Director
Health & Correctional Programs

Health & ...

__Jason Bramlett__
Inmate Signature

__7-2-18__
Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __7-1-18__ (date), and determined to be **Step One** and/or an Emergency Grievance __Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date __7/3/18__

__Sgt Dorothy Griffin__  __91214__  __Sgt Dorothy Griffin__  __7-1-18__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _Mr. Bramlett, follow up sick calls are charged a co-pay. Medications were ordered and pumplan of Care, adjusted to provide care. This is how the process is supposed to work_

__7/3/18__
Staff Signature & Date Returned

__Jan Mull 7-3-18__
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-18-01469

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On November 19, 2018, you grieved that Dr. Daniel is doing things in order to cause you harm or death. You stated Dr. Daniel told you during your chronic care visit that he was going to change your pill call times; however, he took you off your Ampyra and Tysabri instead. You state it is in the computer that you requested this, but you state you did not.

The medical department responded, "There is no indication that during your chronic care visit Dr. Daniel stated he would change your pill call times. Dr. Daniel did place an order for your Ampyra, but it was not approved by the Regional Medical Director. You infusions were stopped due to your decision per Dr. Daniel, but you were consulted about this on 11/19/18 and they were started back. Due to the lack of documentation concerning the fact that you did not want to continue infusions, and the fact your Ampyra was not continued as you thought it would be and you were not told why, I find is grievance with merit. You will be called to the day Clinic and the discontinuation of your Ampyra will be discussed with you."

Your appeal states you need your medications. You state Dr. Daniel keeps taking you off your medications and saying you tell him to. You state this has happened a few times. You state he is doing this in order to harm you or make you suffer.

The medical department found your grievance with merit due to the lack of documentation regarding your request to stop the Tysabri infusions and the infusions have been started back; therefore, I will not address this issue.

You were seen by Dr. Daniel for chronic care on November 2, 2018 at which time he noted you reported not taking your medications due to the pill call times. You had an active, approved order for Ampyra 10 mg twice daily to be taken at AM and PM pill call. Dr. Daniel discontinued this order and submitted a new order for Ampyra 10 mg twice daily to be taken at the noon and bed time pill calls. However, the Regional Medical Director discontinued this order noting that studies show a slight increase in walking speed noted with this drug. The Regional Medical Director noted you have an AFO brace; therefore, walking faster may not be safe for you. The Regional Medical Director noted he needed to know more as to why walking more rapidly is needed. Ampyra is a non-formulary medication that requires approval by the Regional Medical Director who is authorized to discontinue medications as he deems medically indicated. A review of your electronic Medication Administration Record indicates you had been prescribed Ampyra since February 2018 and that the Regional Medical Director had approved the previous orders.

You were advised in the medical department's response that you would be called to the day clinic and the discontinuation of your Ampyra would be discussed with you; however, a review of your electronic Medical Record indicates that the discontinuation has yet to be discussed with you. A request has been made to your unit HSA to ensure you are scheduled with the provider for the next available appointment to discuss your Ampyra.

This appeal is with merit.

Director _____          Date   2/24/19

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-18-01469

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(608) Your grievance dated 11/19/18 has been received and reviewed. You grieved that at your last chronic care visit that Dr. Daniel said he was going to change your pill call times and that he took you off of your MS meds instead.

There is no indication that during your chronic care visit Dr. Daniel stated he would change your pill call times. Dr. Daniel did place an order for your Ampyra, but it was not approved by the Regional Medical Director. You infusions were stopped due to your decision per Dr. Daniel, but you were consulted about this on 11/19/18 and they were started back. Due to the lack of documentation concerning the fact that you did not want to continue infusions, and the fact your Ampyra was not continued as you thought it would be and you were not told why, I find is grievance with merit. You will be called to the day Clinic and the discontinuation of your Ampyra will be discussed with you.

Received

JAN 11 2019

| Signature of Health Services Administrator/Mental Health Supervisor/Designee | Deputy Director Health & Correctional Programs | Jason M Kelley | 01/02/2019 |
|---|---|---|---|
| | | Title | Date |

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I need my meds The said Dr. Keeps Taking me off my meds and says I Tell him To. This has happened a few Times. He is Doing this Trying To harm me and or make me suffer

  
_(signature)_

Inmate Signature

ADC#: 133066    /-7-/9
                Date

Received

JAN 1 1 2019

Deputy Director
Health & Correctional Programs

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center _Malvern_ | GRV. # _02-18-01469_ |
| Name _Jason Barnlett_ | Date Received: _12-3-18_ |
| ADC# _137066_  Brks # _Hoa Hob_  Job Assignment _N/ma_ | GRV. Code #: _600_ |

_11-7-18_ (Date) STEP ONE: Informal Resolution

_11-7-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Dr. Keeps On Taking_
_me off meds saying I am requesting in He is Trying To Harm me_

_11-19-18_ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _With out Meds or Treatment This can_
_Cause Death or physical Damage. The said Dr. is doing Things Trying To Cause me Harm!_
Is this Grievance concerning Medical or Mental Health Services? _Y_  If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _Dr. Daniels Told me at Cause_
_Cart He was going To change my pill call Times and_
_Did not Do so He Did Take me off all my MS_
_Meds instead. The shots From ACI as Well as_
_The Ampyra pill For M.s The Computer says at very reject_
_But Where is The Refuse I did if This is one. This_
_shows That The Dr is Doing Things Trying To Cause me_
_Harm or death. I have prof I can show To That Brks_
_not on This claim so There is no Mis under standing_

Received

JAN 11 2019

Deputy Director
Health & Correctional Programs

_Jason Bradlett_                                      _11-19-18_
Inmate Signature                                      Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _NO yes_ (Yes or No). If yes, name of the person in that department receiving this form: _K Moya_ Date _11/29/18_

_L. Johns_                    _100619_           _L. Johns_                    _11-20-18_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number      Staff Signature                    Date Received

Describe action taken to resolve complaint, including **dates:** _Documentation shows plan_
_of care discussed during that encounter. Medical_
_providers are authorized to initiate or discontinue_
_medications they deem medically necessary utilizing clinical judgement._
_L. Johns_    _11-30-18_           _Jason Bradlett_    _11-30-18_
Staff Signature & Date Returned                    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason            ADC #: 133066            GRIEVANCE#:OR-18-01529

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On December 11, 2018, you grieved that Dr. Daniel cut your use of catheters in half. You state now you do not have enough; therefore, you are having to reuse the old ones. You state Dr. Daniel would not have cut the order in half if he had reviewed the latest report from your urologist. You state you already have an infection that you are having trouble getting rid of and using dirty catheters does not help. You state Dr. Daniel is doing this out of retaliation due to your use of the grievance process.

The medical department responded, "Dr. Daniel is not aware of the grievances you write, so he is not retaliating against you. Your current script allows for enough caths to perform an in and out 4 times per day. If you feel this is not adequate, please utilize the sick call process at your discretion. I find this grievance without merit."

Your appeal states you need at least eight catheters per day because you go to the restroom more than four times per day. You state the report from UAMS will support this. You state this "reject" is trying to harm or kill you.

Dr. Daniel issued you a restriction on November 2, 2018 for enough catheters for four times per day. Between the time you were issued the restriction and when you submitted your Informal Resolution, you were not seen in sick call for complaints of not having enough catheters. Per policy, you are past the allotted time frame to grieve this issue; therefore, the merits of your appeal will not be addressed at this time.

_____
Director

_____  3/11/19
Date

*Sn-C/004*

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason      ADC #: 133066A      GRIEVANCE #: OR-18-01529

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 12/11/18 has been received and reviewed. You grieved that you are being denied enough catheters and that Dr. Daniel is retaliating against you for writing grievances.

Dr. Daniel is not aware of the grievances you write, so he is not retaliating against you. Your current script allows for enough caths to perform an in and out 4 times per day. If you feel this is not adequate, please utilize the sick call process at your discretion. I find this grievance without merit.

Received

JAN 2 8 2019

| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Deputy Director Health & Correctional Programs | Jason M Kelley | 01/16/2019 |
| --- | --- | --- | --- |
| | | Title | Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I have To Hail it least 8 Caters a day ie 3 or 4 times and That is without Drinking water there is rep. From V Auss Telling This same Thing. Why is it me Day Dr Daniels just took Them From me now I have To reuse Dirty ones. I have a(nt I) as of now That will not go away This VP Keep Taking From me saying I reavest it and There is no papers to show it. This reject is Trying To Harm me or Kill me no one only Takes a leak 4 Times a day

ADC#: 133066

_____
Inmate Signature

Date  1-19-19

Received

JAN 2 8 2019

Deputy Director
Health & Correctional Programs

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

RECEIVED

Unit/Center _McPherson_

DEC 1 8 2018

DEC 1 7 2018

OUACHITA RIVER UNIT
GRIEVANCE OFFICE

FOR OFFICE USE ONLY

GRV. _OR-18-01529_

Date Received _12-18-18_

GRV. Code #: _000_

Name _____

ADC# _133d6_   Brks # _Hope One_   Job Assignment _None_

_____ (Date) STEP ONE: Informal Resolution

_12-17-18_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _No respect to_
_Emergency Grievance Or Trying To Harm me He is incompetent_

_12-11-18_, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why _Dr. Daniels is making me use dirty_
_cather_

_Is this Grievance concerning Medical or Mental Health Services?_ _Yes_ _If yes, circle one: medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _My Bladder dose not work as it_
_Should so I have to use cathers in order for me to use the rest_
_room Dr. Daniels cut my use of them in half Now I dont have_
_none and I'm having to reuse my old ones. He has not even_
_look at the Newest reports from the urologist if he would have_
_then he would not have cut my use of the amount of cathers_
_in half. This is retaliation due to the other grievances I_
_have complain about medical. I already have a infection that_
_I'm having trouble getting rid of, and this is not helping_
_when I have to use dirty cathers._

Inmate Signature _____   Date _12-11-18_

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _12-11-18_ (date), and determined to be **Step One** and/or an **Emergency Grievance**.
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_____   _____   _____   _____   
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates**:

Received

JAN 2 8 2019

Deputy Director
Health & Correctional Programs

_____   _____
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00291

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On February 27, 2019, you grieved Dr. Daniel is retaliating against you by taking your wheelchair. You stated you did not receive your medications on February 15-17, 2019 nor did you go to chow. You stated Dr. Daniel ordered Nurse Smarjesse to take your wheelchair without doing an exam or testing to justify this order. You stated Dr. Daniel is retaliating against you due to your multiple complaints against him.

The medical department responded, "A review of your medical record indicates that you were seen on 2/13/19 by Dr. Daniel and he informed you that he did not feel there was a medical necessity for your wheelchair at that time. A review of your Tramadol order shows you received it on 2/15 and 2/16. There is no record of you needing assistance from Medical during this timeframe due to not being able to walk. I find this grievance without merit."

Your appeal states Dr. Daniel's retaliation is evident.

You did not state a disagreement with the medical department's response; therefore, the medical department's response is upheld and this appeal is without merit.

_____          _____5/15/19_____
Director                                              Date

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center OCU | GRV. # _C91_ |
| Name JASON BRAMLETT | Date Received: _____ |
| ADC# 133066  Brks # C-  Job Assignment U/A | GRV. Code #: _____ |

2-27-19 (Date) STEP ONE: Informal Resolution

3-10-19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why; _Never got Form From you_
_office Saying you got Greviens In your OFF_____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* ___ *If yes, circle one* (medical) *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I WAS UNABLE to AMBULATE to the PILL LINE to RECIVE my MEDS ON 2-15-19 2-16-19 - 2-17-19 OR to go to the DINNING HALL FOR MEALS ON the LISTED DATES DUE to the FACT Dr DANIELS ORDEDED RN SMARJESSY to TAKE my WHEEL CHAIR WHILE LEAVING me UNABLE to SAFELY AMBULATE. THERE WAS NO EXAM PERFORMED NO TEST OF ANY TYPE DONE TO JUSTIFY THE ORDER GOING DIRECTLY AGAINST THE SPEACISIT WHO ORDEDED my W/C IN the BEGING. THIS Dr DANIELS HAS BEEN GOING MANY THINGS TO ME IN RETALITION FOR my multiple compLAINTS AGAINST him ~~~ SUCH AS TAKING THINGS AND SAYING I REQUESTED THEM to STOP IE MEDICATIONS. I HAVE PAPER WORK AND GREVANCES TO SHOW ALL THESE ALLEGATIONS to BE FACTUAL Dr DANIELS IS ACTING IN A MANNER TO CAUSE ME PAIN AND SUFFERING AND POTENTIAL DEATH. SEE AND SAVE CAMERA FOOTAGE ON DATES

_Jason Bramlett_                                    2-27-19
Inmate/Signature                                    Date
*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____  _____  _____  Received
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including **dates:** _____   APR 16 2019
_____
_____     Deputy Director
_____     Health & Correctional Programs

_____  _____
Staff Signature & Date Returned      Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT420
3GH

C/04

Attachment IV

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-19-00291

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 2/27/19 has been received and reviewed. You grieved that you were unable to walk to the pill line on 2/15-2/17 due to Dr. Daniel having your wheelchair taken from you.

A review of your medical record indicates that you were seen on 2/13/19 by Dr. Daniel and he informed you that he did not feel there was a medical necessity for your wheelchair at that time. A review of your Tramadol order shows you received it on 2/15 and 2/16. There is no record of you needing assistance from Medical during this timeframe due to not being able to walk. I find this grievance without merit.

Received

APR 18 2019

Deputy Director
Health & Correctional Programs  Jason M Kelley

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

| Title | 04/09/2019 |
| | Date |

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Dr Daniel's retaliation is evident.

Thank you!

Delivered to
on 4/13/2019
Medical CPL. Deck

ADC#: 133066          4-13-19
Inmate Signature                              Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** ORCU

**Name** JASON BRAMLETT

**ADC#** 133066  **Brks #** C—  **Job Assignment** U/A

MAR 1 1 2019

Ouachita River Unit
Grievance Office

FOR OFFICE USE ONLY
GRV. # OR-19-00231
Date Received: 3/11/19
GRV. Code #: 60

**2-27-19** (Date) STEP ONE: Informal Resolution

**3-6-19** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Cant walk or stand long out some times not at all

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: Able to walk long and cant stand or with fall fear and same times cant walk at all.

*Is this Grievance concerning Medical or Mental Health Services?* ✓  *If yes, circle one* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I WAS UNABLE to AMBULATE to the PILL LINE to RECIVE my MEDS ON 2-15-19 2-16-19 2-17-19 OR to go to the DINNING HALL FOR MEALS ON the LISTED DATES DUE to the FACT Dr DANIELS ORPERDED RN BMARCESSY to TAKE my WHEEL CHAIR WHILE LEAVING ME UNABLE TO SAFELY AMBULATE. THERE WAS NO EXAMS PERFORMED NO TEST OF ANY TYPE DONE TO JUSTIFY THE ORDER going DIRECTLY AGAINST THE SPECALIST WHO ORDERED my W/C IN the BEGING This Dr DANIELS hAS BEEN DOING MANY THINGS TO ME IN RETALITION FOR my multiPLE comPLAINTS AGAINST him such AS TAKING THINGS AND SAYING I REQUESTED THEM TO STOP (IE MEDICATIONS) I HAVE PAPER WORK AND GRIEVANCES TO Show ALL THESE ALLEGATIONS to BE FACTUAL Dr DANIELS is ACTING IN A MANNER TO CAUSE ME PAIN AND SUFFERING AND POTENTIAL DEATH, SEE AND SAVE CAMERA FOOTAGE ON DATES

Inmate Signature: Jason Bramlett   Date: 2-27-19

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 3-7-19 (date), and determined to be **Step One** and/or an Emergency Grievance (Yes) or No). This form was forwarded to medical or mental health? Medcl (Yes or No). If yes, name of the person in that department receiving this form: R Morgan   Date 3/5/19

PRINT STAFF NAME (PROBLEM SOLVER): _____  ID Number 97355  Staff Signature: _____  Date Received 3-7-19

Describe action taken to resolve complaint, including dates: Documentation by the provider states it is not clinically indicated or medically necessary to have the medical restriction.

Staff Signature & Date Returned: R Morgan 3/6/19   Inmate Signature & Date Received: 3-6-19

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: APR 18 2019
If forwarded, provide name of person receiving this form: _____  Date: Deputy Director

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00292

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On February 26, 2019, you grieved Dr. Daniel took your wheelchair on February 21, 2019. You stated you have had a wheelchair since 2012 due to MS. You stated you have bouts of chronic pain and balance issues that have led to you falling when you do not have a chair.

The medical department responded, "A review of your medical record indicates that you were seen on 2/13/19 by Dr. Daniel and he informed you that he did not feel there was a medical necessity for your wheelchair at that time. Medical Providers have the ability to make independent decisions based on clinical findings. I find this grievance without merit."

Your appeal states your wheelchair is provided by the Spinal Cord Commission and has been repeatedly confirmed at necessary by specialists. You state this was not a medical decision and there are no clinical records to support it.

You were seen for a follow up on February 21, 2019 concerning a UTI and left orchitis. He noted you were also being seen to temporarily remove your wheelchair. He noted there was no acute medical need and that it would be returned to the Spinal Cord Commission until you needed it again. He noted that you got out of your wheelchair with ease and walked out of the door with a stable gait following your exam.

You have been seen for your complaints and treated as deemed appropriate and clinically indicated based upon Dr. Daniel's medical judgment; therefore, this appeal is without merit.

_____          _____5/15/19_____
Director                                          Date

IGTT420
3GH

*C/04*

Attachment IV

INMATE NAME: Bramlett, Jason          ADC #: 133066A          GRIEVANCE #: OR-19-00292

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 2/26/19 has been received and reviewed. You grieved that on 2/21/19 Dr. Daniel had your wheelchair taken.

A review of your medical record indicates that you were seen on 2/13/19 by Dr. Daniel and he informed you that he did not feel there was a medical necessity for your wheelchair at that time. Medical Providers have the ability to make independent decisions based on clinical findings. I find this grievance without merit.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Received

| Jason M Kelley | 04/09/2019 |
|---|---|
| Title | Date |

APR 2 2 2019

**INMATE'S APPEAL**

Deputy Director
Health & Correctional Programs

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

*(Delivered on 4/13/2019*
*Mailed Cpl. Beck)*

Are you, Jason Kelley, utterly incompotent to make any reasonable judgement on your own? If Dr Daniel decided there was no medical necessity for food and water would you just obseqviously agree with that too? My WC is provided by the Spinal Cord Commission! and has been repeatedly confirmed as necessary by multiple specialists. This was NOT a medical decision and there are NO clinical records supporting this determination.

Thank you!

ADC#: 133066          4-13-19
Date

Inmate Signature

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

MAR 11 2019

Ouachita River Unit
Grievance Office

| FOR OFFICE USE ONLY |
|---|
| GRV. # OR-19-00292 |
| Date Received: 3/11/19 |
| GRV. Code #: 600 |

Unit/Center __ORCU__

~me __BRAMLETT JASON__

ADC# __133060__ Brks # __C-__ Job Assignment __N/A__

__2-26-19__ (Date) STEP ONE: Informal Resolution

__3-6-19__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Did not ever respond_
_to Step one at all. Playin with the process_

__2-26-19__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why _I WAS UNABLE TO GET OUT OF BED I_
_RECUIED NO PILLS I COULD NOT GET TO DINNIN HALL TO EAT ALL FOR 3 days_

*Is this Grievance concerning Medical or Mental Health Services?* __✓__ *If yes, circle one:* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _ON 2-21-19 I WAS CALLED TO_
_THE DAY CLINIC ON DR DANIELS ORDERS WHEN I ARRIVED LT._
_CARL AND RN smar Jessy BOTH Approch ME AND STATED I HAD TO_
_RETURN my WHEEL CHAIR. I SURRENDED my W/C TO THE STAFF_
_AS DIRECTED. I've had THE W/C SINCE 2012 for my M.S. CONDITION, ON_
_1-10-19 Dr DANIELS THREATENED THAT HE WAS going TO TAKE my W/C_
_BECAUSE HE thought THAT I DIDN'T NEED it! DUE TO my M.S. I HAVE_
_SUBSTANTIAL Acute EPiSodes OF SEVERE PAIN (I ALSO SUFFER With CARDIAC_
_ill THAT IS CONSTANT AT LEVELS OF 4-6) I NEED THE W/C AND THE DR._
_IS VERY AWARE OR SHOULD BE IF HE IS Educated himself R/t THE_
_M.S DISEASE PROCESS, TO Allow ME THE mobility TO TRAVEL TO_
_the Pill LINE AND Chow HALL, I HAVE DUE TO M.S. SEVERE bouts_
_OF BALANCE PROBLEMS I HAVE FALLEN SEVERAL times in The PAST_
_AND WILL Most LIKELY DO SO IN THE FUTURE, A SPECIALIST preformed the_
_EXAM AND DIAGNOSED M.S. AND ORDERED the CHAIR, I NEED The CHAIR_

_Jason Bramlett_                          __2-26-19__

Inmate Signature                          Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __11/28/19__ (date), and determined to be **Step One** and/or an Emergency Grievance
__No__ (Yes or No). This form was forwarded to medical or mental health? ___ (Yes or No). If yes, name
of the person in that department receiving this form: _Medical Int_ Date _2/28/19_

_T. Walker_     _RXU_     _____     _2/28/19_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature           Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____

_____

_____

Staff Signature & Date Returned          Inmate Signature & Date Received    Received

™is form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
_..aff Who Received Step Two Grievance: _____     Date: APR 22 2019
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: Deputy Director
If forwarded, provide name of person receiving this form: _____ Date: Health & Correctional Programs

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

_Y/C LL_

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00293

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On March 2, 2019, you grieved Nurse Goldman did not assess you when you fell on February 28, 2019. You stated you were forced to walk out of the Day Clinic and fell in the hall. You stated Nurse Goldman did not check to see if you were okay and she sent the inmate porter to help while she stayed in the main hallway. You stated she said "It's only Bramlett" to the inmate and you feel this was deliberate.

The medical department responded, "A review of your medical record indicates on 2/28/19 Nurse Goldman noted that you fell, were offered assistance and your issue discussed with Dr. Vowell. You were not shown deliberate indifference, your accident was addressed appropriately. I find this grievance without merit."

Your appeal states it is not proper protocol to have an inmate who has fallen be moved by another inmate without being appraised by medical personnel.

A statement was obtained from Nurse Goldman denying your allegations. On February 28, 2019, Nurse Goldman noted medical was called to get an inmate that fell in the hallway and noted you stated your legs and knees gave out. She noted your complaint of wrist/arm pain and that you stated you were not wearing your brace or specialty shoes because you had not gotten them back. She noted she discussed your condition with Dr. Vowell and you could keep your wheelchair until you received your brace and shoes back, at which time you would be re-evaluated.

Nurse Goldman denies your allegations and you were seen and treated for your fall; therefore, this appeal is without merit.

_____          _____5/17/19_____
Director                                          Date

IGTT420
3GH

Attachment IV

C/04

INMATE NAME:  Bramlett, Jason          ADC #:  133066A          GRIEVANCE #:  OR-19-00293

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 3/2/19 has been received and reviewed. You grieved that on 2/28/19 you fell in the hallway and Nurse Goldman would not come and help you, showing deliberate indifference.

A review of your medical record indicates on 2/28/19 Nurse Goldman noted that you fell, were offered assistance and your issue discussed with Dr. Vowell. You were not shown deliberate indifference, your accident was addressed appropriately. I find this grievance without merit.

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Received

APR 2 2 2019

Deputy Director
Health & Correctional Programs

Jason M Kelley          04/09/2019

Title                          Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

It is NOT proper medical protocol to have an inmate who has fallen to be moved by another inmate without being first, at least cursorily, appraised by medical personnel.

Thank you!

(Delivered on 4/13/2019
Mail Call
cpl. Peck)

Inmate Signature

ADC#: 133066

Date  4-13-19          Received

APR 2 2 2019

Deputy Director
Health & Correctional Programs

RECEIVED

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

MAR 1 1 2019

Ouachita River Unit
Grievance Office

Unit/Center _MALVERN_

Name _JASON BRAMLETT_

JC# _133066_  Brks # _Charlie_ Job Assignment _NONE_

FOR OFFICE USE ONLY

GRV. # _OR-19-00 293_

Date Received: _3/11/19_

GRV. Code #: _600_

_3-2-19_ (Date) STEP ONE: Informal Resolution

_3 6-19_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _trying to dodge the big issue always failed to be told and sent inmate to get their up._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ ✓ _If yes, circle one:_ **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): ON 2-28-19 I WAS CALLED TO THE DAY CLINIC, AND WAS FORCED TO LEAVE WALKING. I FELL IN THE HALL AND WHEN MEDICAL WAS CALLED TO GET ME UP OFF the FLOOR, NURSE GOLDMAN DIDN'T CHECK TO SEE IF I WAS OK. SHE SENT THE INMATE PORTER TO HELP, WHILE SHE STAY IN THE MAIN HALLWAY. NURSE GOLDMAN told the porter "It's only BRAMLETT", I HAVE NOTHING to SAY to HIM. I ASK THAT CAMERA FOOTAGE BE SAVED the APPROX TIME OF 3:15 P.M. IN FRONT OF ECHO BARRACKS. I KNOW this is AGAINST the RULES AND WAS DELIBERATE

_____
_____
_____
_____

_Inmate Signature_    Date _3-2-19_

_If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _3/2/19_ (date), and determined to be **Step One** and/or an Emergency Grievance _yes_ (Yes or No). This form was forwarded to medical or mental health? _yes_ (Yes or No), if yes, name of the person in that department receiving this form: _R. Morca_    Date _3/5/19_

_OR-1 Duncan_    _421_    _on file_    _3/6/19_
PRINT STAFF NAME (PROBLEM SOLVER)    ID NUMBER    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: _Medical does not have access to camera footage._

_R. Morca_  _3/6/19_     _J.M. Sign_  _3/6/19_
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____ Received
tion Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _APR 2 2 2019_

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

Health & Correctional Programs

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00356

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On March 22, 2019, you grieved you are being denied Gabapentin, Soma, Ampyra, and Tysabri. You stated the erratic and frequently denied treatment is detrimental to your overall health, causes you excessive pain, and allows for increased falls. You stated you would like all treatment recommended by Dr. Khaleel, Dr. Atiq, and Felix restored.

The medical department responded, "A review of your medical record indicates you are receiving adequate medical care for your condition. If you feel you need to discuss specific aspects of your treatment plan with a Provider, please utilize the sick call process. I find this grievance without merit."

Your appeal states "still same type of treatment none."

A review of your electronic medical record shows you were last seen regarding your medication requests on February 13, 2019. According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve this issue; therefore, it will not be addressed. I encourage you to adhere to the grievance policy.

_Rory Griffin_

Director                    Date          _5/15/19_

IGTT420
3GH

W150/29

Attachment IV

INMATE NAME: <u>Bramlett, Jason</u>        ADC #: <u>133066A</u>        GRIEVANCE #: <u>OR-19-00356</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your grievance dated 3/28/19 has been received and reviewed. You grieved that you are not
receiving adequate care for your MS, and most recently have been denied medications for your
treatment.</u>

<u>A review of your medical record indicates you are receiving adequate medical care for your
condition. If you feel you need to discuss specific aspects of your treatment plan with a Provider,
please utilize the sick call process. I find this grievance without merit.</u>

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | <u>Jason M Kelley</u> Title | <u>04/25/2019</u> Date |

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision
to the original grievance. Do not list additional issues which were not part of your original grievance as
they will not be addressed. Your appeal statement is limited to what you write in the space provided
below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Still same Type of Treatment none

Received

MAY 0 7 2019

Deputy Director
Health & Correctional Programs

_(signature)_

**Inmate Signature**

ADC#: <u>133066</u>

$4-30-19$

Date

Received

MAY 0 7 2019

Deputy Director
Health & Correctional Programs

RECEIVED

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

MAR 28 2019
Ouachita River Unit
Grievance Office

| FOR OFFICE USE ONLY |
|---|
| GRV. # OR-14-00 356 |
| Date Received: 3/28/19 |
| GRV. Code #: 600 |

Unit/Center ___SNU___

Name __Jason Bramlett__

ADC# 133066 Brks # C-4  Job Assignment _____

3.22.19 (Date) STEP ONE: Informal Resolution

3.28.19 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Denying APPROVED treatments and ending NEEDED expensive treatment is basing decision on monetary concerns, NOT clinical judgement. Still no ACC.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): Over the last two years medical personnel (Drs Stieve, Vowell and Daniel) by custom and practice of their employer (CCS) (wellpath), and by individual decision, have repeatedly failed to provide necessary treatment for my MS, DDD and other orthopedic issues (including addressed by other grievances denial of necessary pain medication and confiscation of my wheelchair. This includes significant gaps in my infusion treatment, access to outside scheduled appointments, Follow-ups with Drs Atiq and Khaleel and other testing and treatment. At present this includes denial of Soma to help with spasms, Gabapentin for nerve pain, Amphyra (which apparently is too expensive and thus denial) which helps me ambulate and a long gap without Tysabri. This erratic and frequently denied treatment, besides causing me excessive pain and increased falls, is detrimental to my overall physical and emotional health. There is no dispute over my need for treatment, only the repeated unconscionable denial of it. MS is NOT curable. There is NO justification for ceasing any treatment EXCEPT to provide a more effective treatment. Please restore all discontinued treatment as per advised by Drs Kableel, Atiq and Felix. Thank you! (This includes denial of wipes gloves and enough caths.)

_____ Inmate Signature                    3.22.19
Inmate Signature                                              Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 3-22-19 (date), and determined to be Step One and/or an Emergency Grievance
Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name
of the person in that department receiving this form: R Morgan            Date 3/26/19

| Sgt D Griffin | 91214 | Sgt D Griffin | 3-22-19 |
|---|---|---|---|
| PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received |

Describe action taken to resolve complaint, including dates: Medical providers make adjustments to care utilizing clinical judgement based on medical necessity.

R Morgan  3/27/19                          _____  3 22 19
Staff Signature & Date Returned            Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: MAY 07 2019

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Deputy Director

**DISTRIBUTION: YELLOW & PINK** - Inmate D...   **BLUE** - Grievance Officer; **ORIGINAL** ... Given back
to Inmate after Completion of Step One

ADCF-15

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00357

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On March 22, 2019, you grieved Dr. Daniel continues to deny Gabapentin and Tramadol. You stated multiple sclerosis causes nerve pain, yet Dr. Daniel refuses to renew Gabapentin or Tramadol. You stated Dr. Khaleel, neurologist, has repeatedly expressed the need for Gabapentin but you are denied a long term pain medication despite having the progressive form of your disease. You stated you would like your needs placed above monetary concerns and to be placed on long term pain medication.

The medical department responded, "Medical Providers have the ability to make independent medical decisions based on their clinical findings. If you feel you need tramadol, please utilize the sick call process at your discretion. I find this grievance without merit."

Your appeal states you still have not received help from staff or treatment.

A review of your electronic Medication Administration Record indicates your Tramadol was discontinued due to being on Norco post port placement at the time your Informal Resolution was submitted and you have not been seen in sick call requesting Tramadol from March 22, 2019 to May 14, 2019. Gabapentin is documented as discontinued per your request on August 22, 2017. Dr. Daniel noted on March 14, 2019 while reviewing Dr. Khaleel's notes that Gabapentin is off-label for MS and will not be used.

You have been seen for your complaints and treated as deemed appropriate and clinically indicated based upon your provider's medical judgment; therefore, this appeal is without merit.

_Rory Griffin_                                    5/15/19
Director                                          Date

IGTT420
3GH

W50/29

Attachment IV

INMATE NAME: <u>Bramlett, Jason</u>        ADC #: <u>133066A</u>        GRIEVANCE #: <u>OR-19-00357</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(601) Your grievance dated 3/22/19 has been received and reviewed. You grieved that you have
been denied tramadol for your pain.</u>

<u>Medical Providers have the ability to make independent medical decisions based on their clinical
findings. If you feel you need tramadol, please utilize the sick call process at your discretion. I find
this grievance without merit.</u>

| | | |
|---|---|---|
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Jason M Kelley | 04/25/2019 |
| | Title | Date |

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision
to the original grievance. Do not list additional issues which were not part of your original grievance as
they will not be addressed. Your appeal statement is limited to what you write in the space provided
below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? There is still not
Been Help From said staff or Treatment

Received

MAY 07 2019

Deputy Director
Health & Correctional Programs

Inmate Signature

ADC#: 133066     Date     4-30-19

Received

MAY 07 2019

Deputy Director
Health & Correctional Programs

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __S N U__

MAR 28 2019

Ouachita River Unit
Grievance Office

| FOR OFFICE USE ONLY |
| --- |
| GRV. # _OR-19-00557_ |
| Date Received: _3/28/19_ |
| GRV. Code #: _6W_ |

Name __Jason Bramlett__

ADC# __133066__  Brks # __C-4__  Job Assignment __—__

__3.22.19__ (Date) STEP ONE: Informal Resolution

__3.28.19__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Sound medical judgment CAN'T BE exercised RE pain without patient interaction as it is subjective. Drs Daniel and Shieve have NOT discussed with me my pain.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __Yes__ *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Multiple Sclerosis, a demyelinating disease of its very nature, causes nerve pain. There is no sound medical opinion to the contrary, yet Dr Daniel, in accord with the system and practice of Wellpath(s) to cut costs as first priority, has refused renewal of Tramadol (or other similar medication) for more than six months and Gab a pent in for a year. The latter which Dr Khaleel (neurologist and MS specialist) has repeatedly, by name, expressed the need for. Moreover, as I have the progressive form of the disease, my pain continues to gradually increase over time. I have repeatedly expressed my need for remedy to my pain to Dr Daniel and other staff. Most recently, I was told by MS Geldman last week that Dr Daniel would provide nothing more to address my pain. Also to blame for this denial, as previously noted in OR-17-01460, is Dr Stieve who originally ordered Tramadol be discontinued. This continued denial includes refusal to even see me as with sick calls submitted on Tuesday this week. Telling me to "follow the sick call procedure" is not a solution when I am refused access when I try. Please provide me necessary long-term pain medication. Place patient need above monetary concerns.
Thank you!

_Inmate Signature_     _3.22.19_  _Date_

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on __3-22-19__ (date), and determined to be Step One and/or an Emergency Grievance __Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: ___RMorgan___ Date __3/26/19__

S.D. Griffin / 91214 / ___ / 3-22-19
PRINT STAFF NAME (PROBLEM SOLVER) / ID Number / Staff Signature / Date Received

Describe action taken to resolve complaint, including **dates**: Medical providers are authorized to initiate or discontinue medications they deem clinically indicated and medically necessary.

RMorgan  3/27/19
Staff Signature & Date Returned

_____  3-22-19
Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____ Received
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: MAY 0 ___

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT430
3GD

Attachment VI

INMATE NAME: Bramlett, Jason          ADC #: 133066          GRIEVANCE#:OR-19-00358

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

On March 22, 2019, you grieved you are being retaliated against by medical staff. You stated Dr. Daniel and Dr. Stieve have discontinued medications and denied treatment. You stated Dr. Daniel took your wheelchair on February 22, 2019. You stated you would like all forms of retaliation to cease immediately.

The medical department responded, "Your allegations of retaliation are unfounded. Your wheelchair script was discontinued due to the fact you were seen on video walking over quickly to assault another inmate. Based on the clinical data, it was determine that a wheelchair was not a medical necessity at that time. I find this grievance without merit."

Your appeal states you have not been seen or had any type of exam after you were seen by Dr. Khaleel. You state Dr. Khaleel said you must have a wheelchair along with the brace and shoes from Felix. You state you cannot make it without a wheel chair.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints.

A review of your electronic medical records shows no evidence of retaliation and disagreeing with a treatment plan is not being denied treatment. If you feel your medical needs are not being met, please utilize the sick call process.

This appeal is without merit.

_Roug Griffin_
Director

_5/15/19_
Date

_____

Inmate Signature

ADC#: <u>133066</u>

5-2-19

Date

Received

MAY 07 2019

Deputy Director
Health & Correctional Programs

IGTT420
3GH

Attachment IV

INMATE NAME: Bramlett, Jason               GRIEVANCE #: OR-19-00358

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(601) Your grievance dated 3/22/19 has been received and reviewed. You grieved that Dr. Daniel
retaliated against you by taking your wheelchair away.

Your allegations of retaliation are unfounded. Your wheelchair script was discontinued due to the
fact you were seen on video walking over quickly to assault another inmate. Based on the clinical
data, it was determine that a wheelchair was not a medical necessity at that time. I find this
grievance without merit.

---

Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Jason M Kelley                    04/25/2019

Title                             Date

**INMATE'S APPEAL**          ⟶   *Past out at Mail Call By C O Revern*
                                 *on 5-2-19*

If you are not satisfied with this response, you may appeal this decision within five working days by
filling in the information requested below and mailing it to the Deputy Director for Health & Correctional
Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision
to the original grievance. Do not list additional issues which were not part of your original grievance as
they will not be addressed. Your appeal statement is limited to what you write in the space provided
below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? *No Dr seen Me or Done
any Type of Exam on said issue, Right after I was
seen by Nero. Dr Kheall at White Hall. He said I Must have
a wheel chair and The ADC, Brace and shoe Dr. Fox said
I cant walk it with out wheel chair*

Received

MAY 07 2019

Deputy Director
Health & Correctional Programs

RECEIVED

MAR 2 8 2019

Ouachita River Unit
Grievance Office

FOR OFFICE USE ONLY

GRV. # _OR-19-00358_

Date Received: __3/28/19__

GRV. Code #: ___600___

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center ____SNU____

Name __Jason Bramlett__

ADC# __133066__  Brks # __C-4__  Job Assignment ____—____

__3.22.19__ (Date) STEP ONE: Informal Resolution

__3.28.19__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Not clinical judgment - Retaliation.
—As evidenced by 4 other Drs' opinions and AR SCC, done to cause me difficulty and pain. Check Records!
_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ **Yes** _If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel
involved and how **you** were affected. (Please Print): Over the last two years, as I have complained about
the treatment, —or rather denial and delay thereof— I have been repeatedly retaliated against
by CCS/wellpath medical personnel, in apparently condoned actions. Drs Stieve and
Daniel have discontinued medications and denied treatment known to be necessary without
medical justification, without seeing me and often at odds with the opinions of specialists
far more knowledgeable about my infirmities. Most recently, on January 10th of this year
Dr Daniel threatened to take away my wheelchair (provided by the Arkansas Spinal Cord
Commission) despite my obvious need for it and the recommendation of Drs Atig, Felix, Khaleel,
Vowell and the AR SCC. On February 22nd he made good on this threat and ordered my
wheelchair taken which very shortly thereafter resulted in a fall (see OR-19-00293). I wrote a
grievance (OR-19-00291) still pending. Dr Vowell then provided an inappropriately sized and
difficult to use wheelchair as a stopgap until mine was returned on March 20th (though the script was
renewed on 3.14.19). However Dr Vowell's intercession does not excuse this latest action by Dr
Daniel intended to cause me difficulty and pain. I want this retaliation, in all forms, to
immediately cease, please. Thank You!

___Jason Bramlett___                                    __3.22.19__
Inmate Signature                                        Date

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __3-22-19__ (date), and determined to be **Step One** and/or an Emergency Grievance
__Yes__ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name
of the person in that department receiving this form: __R Morgan__       Date __3/26/19__

__Sgt D. Griffin__       __91214__       __Sgt D Griffin__              __3-22-19__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number    Staff Signature              Date Received

Describe action taken to resolve complaint, including __dates__: Medical    Providers
are   authorized   to   make   changes   they   deem
medically   necessary   utilizing   clinical   judgement.

__R Morgan__    __3/27/19__                    __Bramlett__    __3-27-19__
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given
to Inmate after Completion of Step One and Step Two.

ADCF-15

Jason Bramlett
#133066 SNU-ORCU-ADC
P.O. Box 1630
Malvern, AR 72104-1475



United St

U.S. Cou
100 Reserv
Room 34
Hot Sprin

Legal
mai



neopost
06/18/2019
US POSTAGE
PRIORITY MAIL
$07.35⁰

ZIP 72104
041L11245919

ates District Courthouse

thouse

e St.

, AR 71901-4141

6-17-19