IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JASON WILLARD BRAMLETT                                                                    PLAINTIFF

v.                                          Case No. 6:19-cv-6070

WELLPATH, LLC (formerly known as
Correct Care Solutions, LLC);
DR. THOMAS DANIEL; and
DR. JEFFREY STIEVE                                                                        DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed January 13, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Judge Ford recommends that the Court deny Defendants' Partial Motion to Dismiss (ECF No. 10); along with Plaintiff's Motions to Stay Tolling Provisions (ECF Nos. 20, 24); Motion for Order (ECF No. 25); and Motion for Expedited Ruling (ECF No. 27).

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, Defendants' Partial Motion to Dismiss (ECF No. 10) is hereby **DENIED**. Likewise, Plaintiff's pending motions (ECF Nos. 20, 24, 25, 27) are all **DENIED**.

**IT IS SO ORDERED**, this 31st day of January, 2020.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge